FILED 02 NOV '22 15:12 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00380-MO |
| v. | INDICTMENT |
| ALBERT WAYNE JOHNSON, | 18 U.S.C. § 2423(b)<br>18 U.S.C. § 2423(a)<br>18 U.S.C. § 2260A |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Interstate Travel with Intent to Engage in a Sexual Act with a Minor)**
**(18 U.S.C. § 2423(b))**

On or about August 5, 2022, in the District of Oregon and elsewhere, defendant

**ALBERT WAYNE JOHNSON** did travel in interstate commerce, from the State of Oregon to

the State of Washington, for the purpose of engaging in illicit sexual conduct, as defined in Title

18, United States Code, Section 2423(f), with a person who had not attained 18 years of age;

In violation of Title 18, United States Code, Section 2423(b).

//

//

//

**Indictment**                                                                                   **Page 1**

## COUNT 2
### (Transportation of a Minor with Intent to Engage in Sexual Activity)
### (18 U.S.C. § 2423(a))

On or between August 5, 2022, and August 8, 2022, in the District of Oregon and elsewhere, defendant **ALBERT WAYNE JOHNSON** knowingly transported, and caused to be transported, a person who had not attained 18 years of age, namely Minor Victim 1 (MV1), in interstate commerce from the State of Washington to the State of Oregon, while having the intent that MV1 engage in any sexual activity for which a person can be charged with a criminal offense, including Sexual Abuse in the Second Degree in violation of Oregon Revised Statute § 163.425 and Rape in the Third Degree in violation of Oregon Revised Statute § 163.355;

In violation of Title 18, United States Code, Section 2423(a).

## COUNT 3
### (Commission of Sex Offense by Registered Sex Offender)
### (18 U.S.C. § 2260A)

On or between August 5, 2022, and August 8, 2022, in the District of Oregon and elsewhere, defendant **ALBERT WAYNE JOHNSON**, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18 United States Code, Section 2423; to wit, the offenses described in Counts 1 and 2 above;

In violation of Title 18 United States Code, Section 2260A.


//

//

//


**Indictment**                                                                                      **Page 2**

## FORFEITURE ALLEGATION

Upon conviction of the offenses set forth in Counts 1 and 2, **ALBERT WAYNE JOHNSON**, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, defendant's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds defendants obtained, directly or indirectly, as a result of such violations.

Dated: November 2, 2022

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

_____
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney

Indictment                                                    Page 3